PROB 35
(Rev. 6/17)

Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

UNITED STATES OF AMERICA

v.   Crim. No. 2:13CR00035-1

Arlene Murrell

On April 7, 2014, the above named was placed on probation for a period of five years. She has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

Kyle P. Grimes
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this 20 day of September, 2018.

LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE